UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAUREL HILBERT,

                Plaintiff,

       v.

TESTMAX, INC.,

                Defendant.

25-CV-5969 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On July 24, 2025, the Court ordered the parties to meet and confer regarding settlement within 30 days of service of the summons and complaint, and within 15 additional days, to submit a joint letter requesting either (1) referral to mediation or a magistrate judge, or (2) an initial status conference. While an answer was filed on August 27, 2025, to date, no letter has been filed.

    The parties shall submit their joint letter no later than September 17, 2025. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    September 11, 2025
             New York, New York

                                                    Ronnie Abrams
                                                    United States District Judge